UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:00 CV02731 (PCD) |
| v. | : : | |
| JOHN MARTINS | : : | |
| Defendant, | : | JANUARY 8, 2004 |

### SATISFACTION OF JUDGMENT AGAINST DEFENDANT JOHN MARTINS

The Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut, hereby states that judgment entered in the above-captioned action against Defendant, John Martins, has been satisfied in full.

                      Charter Communications Entertainment I, LLC
                      d/b/a Charter Communications of Western
                      Connecticut


By_____
   Burton B. Cohen - ct00273
   Kari L. Olson – ct415367

Murtha Cullina LLP
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone (860) 240-6058
Fax:  (860) 240-6150
e-mail:  bcohen@murthalaw.com
        kolson@murthalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Satisfaction of Judgment Against Defendant John Martins was mailed first-class, postage prepaid, on January 8, 2004 to:

John Martins
37 Fulton Drive
New Fairfield, CT 06812

_____
Kari L. Olson